No. 81–803.   PAVERITE, INC. *v.* ITT INDUSTRIAL CREDIT
Co.   Ct. App. Tenn.   Certiorari denied.

No. 81–807.   PAVILONIS *v.* MORGAN ET AL.; PAVILONIS *v.*
O'BRYANT ET AL.; and PAVILONIS *v.* KING ET AL.   C. A. 1st
Cir.   Certiorari denied.   Reported below: 657 F. 2d 260
(first and second cases); 663 F. 2d 1066 (third case).

No. 81–808.   KESTER ET AL. *v.* DEVINE, DIRECTOR, OF-
FICE OF PERSONNEL MANAGEMENT.   C. A. 9th Cir.   Cer-
tiorari denied.

No. 81–809.   BOYD *v.* MADISON COUNTY MUTUAL INSUR-
ANCE Co.   C. A. 7th Cir.   Certiorari denied.

No. 81–810.   NUNN ET AL. *v.* BLACK ET AL.   C. A. 4th
Cir.   Certiorari denied.

No. 81–813.   SHIMOKAWA *v.* LIBERTY BANK.   Int. Ct.
App. Haw.   Certiorari denied.

No. 81–817.   NORTHERN ENGINEERING & PLASTICS
CORP. *v.* EDDY, DBA MARSHALL MANUFACTURING CO.
C. A. 3d Cir.   Certiorari denied.

No. 81–818.   BOYNTON ET UX. *v.* COMMISSIONER OF IN-
TERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.

No. 81–819.   STAINBROOK *v.* PENNSYLVANIA DEPART-
MENT OF TRANSPORTATION.   Pa. Commw. Ct.   Certiorari
denied.

No. 81–821.   DANNING, TRUSTEE IN BANKRUPTCY *v.*
WORLD AIRWAYS, INC.   C. A. 9th Cir.   Certiorari denied.